IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRYSTAL DUNSTON :
 :
  v. : NO. 11-2588
 :
NCO FINANCIAL SYSTEMS, INC. :
 :

JUDGMENT

FILED
AUG 12 2011

BEFORE JOYNER, CH. J.

  AND NOW, to wit, this 12 day of August, 2011, it is ORDERED that in accordance with NCO Financial Systems, Inc.'s offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
  It is ORDERED that judgment is entered in favor of plaintiff and against NCO Financial Systems, Inc. in the amount of $500.00 together with interest and costs.

BY THE COURT:

ATTEST:

Mary Chase
Deputy Clerk

judg